# Court of Appeals
# of the State of Georgia

ATLANTA,___August 22, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A2307.  TRACEY BROWN v. QUITON HOSKINS, et al.**

Tracey Brown sued Quiton Hoskins in magistrate court.  Following an adverse ruling, Brown appealed to superior court.  The superior court dismissed the appeal for want of prosecution, and Brown filed a renewal action.  By order entered December 6, 2012, the trial court dismissed the renewal action.  Brown filed a motion for reconsideration, which the trial court denied on January 7, 2013.  Brown then filed a notice of appeal from this ruling.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  Assuming that Brown had a right to appeal the trial court's December 6, 2012 order dismissing her renewal action,[1] she does not have the right to appeal the trial court's denial of her motion for reconsideration.  The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Brown's failure to file a notice of appeal within 30 days of the trial court's December 6, 2012 order renders her appeal untimely.  Accordingly, this appeal is hereby DISMISSED.

---

[1] Given that the underlying case reached the superior court through the de novo appeal of a magistrate court ruling, we question whether Brown should have filed an application for discretionary appeal.  See *Bullock v. Sand*, 260 Ga. App. 874, 875-876 (581 SE2d 333) (2003).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/22/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*